IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA   )
                           )    CRIMINAL ACTION NO.
     v.                    )      2:02cr206-MHT
                           )          (WO)
EDWARD D. PATTERSON        )
```

### ORDER

Upon consideration of the United States Probation Department's petition for early termination of defendant Edward D. Patterson's supervised release due to his successful compliance with all requirements of his supervised release, and based on the representation that the government does not oppose the petition, it is ORDERED that the petition for early termination of supervised release (doc. no. 267) is granted; that defendant Edward D. Patterson's supervised release is terminated; and that defendant Patterson is discharged.

DONE, this the 25th day of July, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**